■ (A) VERA HOLTJE v. WOLDON HOLDING CO., INC. Concur — Botein, P. J., Valente, McNally, Eager and Bastow, JJ. (B) J. SULLIVAN & SONS MFG. CORP. v. TRADE BANK & TRUST COMPANY. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ. (C) FLORENCE GORDON et al., v. CITY OF NEW YORK et al.— [In each action] Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ LILA S. HERSCH v. BERKSHIRE COUNTRY CLUB.— Application denied, with $10 costs. The stay contained in the order to show cause, dated April 18, 1961, is vacated. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ ANITA BLUM et al. v. LEO FEINBERG.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ DIEDRE PRODUCTS, INC., et al. v. DARRE LTD. et al.— Motion for a stay granted to the extent of staying those portions of the order and judgment appealed from upon condition that defendants furnish a surety company bond in the sum of $7,500 within 10 days after the entry of this order and upon the further condition that the defendants-appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeals to be argued or submitted when reached. That branch of the motion requesting consolidation is granted insofar as to allow defendants-appellants to have the appeals heard on one appeal book, without duplication of printing. In all other respects, the motion is denied. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD NEELEY.— Motion for an order permitting the service of a copy of the notice of appeal granted, and the defendant is permitted to serve a notice of appeal on the District Attorney, Bronx County, pursuant to section 524-a of the Code of Criminal Procedure. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of the WATERFRONT COMMISSION OF NEW YORK HARBOR v. ANTHONY MARCHITTO.— Motion for consolidation and for other relief denied as moot. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.